JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

QUIANA BELL,

    Plaintiff,

v.

NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,

    Defendant.

Case No. ED CV 16-0336 JCG

**JUDGMENT**

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: September 6, 2017

_____
Hon. Jay C. Gandhi
United States Magistrate Judge